IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN R. CRAWFORD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  02-CV-3573 |
| | : | |
| **POLYMER DYNAMICS, INC., et al.** | : | |

**ORDER**

    **AND NOW**, this _____ day of March, 2003, upon consideration of Plaintiff's unopposed Amended Motion for Reimbursement for Cost of Service of Process upon the Defendants (docket no. 9) and pursuant to Federal Rules of Civil Procedure 4(d)(2)&(5), **IT IS ORDERED** that the Motion is **GRANTED**.  Accordingly, Defendants shall reimburse Plaintiff for the cost of service of process, in the amount of $148.00, by mailing a check to Plaintiff's counsel within twenty (20) days of receipt of this Order.

    **IT IS FURTHER ORDERED** that Plaintiff's unopposed Motion to Withdraw his Original Motion for Reimbursement of Cost of Service of Process upon the Defendants (docket no. 8) is **GRANTED**.  Accordingly, the Clerk of Court shall remove the original Motion for Cost of Service upon the Defendants (docket no. 3) from the docket.

                                                    **BY THE COURT:**

                                                    **BRUCE W. KAUFFMAN,  J.**