IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN R. CRAWFORD** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-3573 |
| | : | |
| **POLYMER DYNAMICS, INC., <u>et al.</u>** | : | |

### ORDER

**AND NOW**, this          day of April, 2003, pursuant to Federal Rule of Civil Procedure 16(b), **IT IS ORDERED** that the following schedule shall apply in this case:

1. Discovery shall be completed by August 1, 2003.

2. Plaintiff shall serve his expert report(s) on Defendants by August 8, 2003.

3. Defendants shall serve their expert report(s) on Plaintiff by August 22, 200.

4. Exhibits shall be exchanged by August 22, 2003.

5. Dispositive motions, if any, shall be filed by August 22, 2003.

6. The parties shall file their pretrial memoranda pursuant to Federal Rule of Civil Procedure 26(a)(3) and Local Rule of Civil Procedure 16(c), preliminary and final jury instructions, special interrogatories, verdict forms, and any motions <u>in limine</u> (with a copy of each also delivered to Chambers) by October 6, 2003.[1]

7. A final pretrial conference is scheduled for **Tuesday, October 14, 2003, at 2:00 p.m.**[2]

---

[1] Amendments or supplements to the final jury instructions and verdict forms or special interrogatories to the jury may be submitted at the close of the evidence.

[2] The Court expects counsel to work together in an effort to submit, to the fullest extent possible, an <u>agreed upon</u> version of preliminary and final jury instructions, and verdict forms or special interrogatories to the jury. The statement of the case for use in the preliminary jury instructions should summarize succinctly each party's position and should state the essential elements of claims and defenses that must be proven by each party. Where agreement is not reached, requests for jury instructions must be accompanied by citation of legal authority. If a model jury instruction is used (<u>e.g</u>, Devitt & Blackmar), any modifications should be indicated by

8. This case will be placed in the Court's trial pool on **Friday, October 17, 2003**. Once placed in the trial pool, a case may be called to trial upon 24 hours notice to counsel.

**BY THE COURT:**

_____
**BRUCE W. KAUFFMAN, J.**

---

underlining and boldfacing additions and striking out deletions.