IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN R. CRAWFORD | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-3573 |
| | : | |
| POLYMER DYNAMICS, INC., <u>et al.</u> | : | |

### ORDER

**AND NOW,** this _____ day of August, 2003, it having been reported that the issues between the parties in the above-captioned action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, and without costs.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**